UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | VICTORIA | Case Number | 6:10-cv-78 |
|---|---|---|---|
| THE MUECKE COMPANY, INC., et al. ||||
| *versus* ||||
| CVS CAREMARK COR., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Elise Dunitz Brennan<br>Conner & Winters, LLP<br>4000 One Williams Center<br>Tulsa, OK 74129<br>(918) 586-8585<br>Oklahoma Bar No. 10276 |
|---|---|
| Seeks to appear for this party: | PHARMACY PROVIDERS OF OKLAHOMA, INC. |
| Dated:   6/10/2011 | Signed: |

United States District Court
Southern District of Texas
RECEIVED
JUN 14 2011
Clerk of Court

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 6/14/11 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
United States District Judge