UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| THE MUECKE COMPANY, INC., et al., | § § § § | |
| Plaintiffs, | § § | |
| V. | § | CIVIL ACTION NO. V-10-78 |
| | § | |
| CVS CAREMARK CORPORATION, et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation, the Court dismisses the Plaintiffs' claims without prejudice.

This is a **FINAL JUDGMENT.**

**IT IS SO ORDERED.**

**SIGNED** this 30th day of September, 2014.

_____
Gregg Costa
United States Circuit Judge[*]

---

[*] Sitting by designation.