# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| THE MUECKE COMPANY, INC., *et al.*, § | |
| on behalf of themselves and all others § | |
| similarly situated, § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | Case No. 6:10-cv-78 |
| § | JURY |
| CVS CAREMARK CORPORATION, *et al.*, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure 3 and 4, Plaintiffs in the above-captioned case, The Muecke Company Inc.; Bruce Rogers d/b/a Rogers Pharmacy; Brookshire Bros. Pharmacy of Kirbyville Texas; De La Rosa Pharmacy Inc.; Hometown Pharmacy LC; and Robert Kinsey Investments Inc., d/b/a Kinsey's Pharmacy (collectively "Appellants"), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 30th day of September, 2014 (Dkt. No. 300) and from the district court's order of September 30, 2014 (Dkt. No. 299), adopting Magistrate Judge Johnson's Memorandum and Recommendation (Dkt. No. 287) to grant Defendants' Motion to Reconsider this Court's Earlier Ruling on Defendants' Ability to Compel Arbitration Based on Equitable Estoppel (Dkt. No. 242).

Dated this 29th day of October, 2014.

Respectfully submitted,

/s/ Miguel S. Rodriguez
Donald R. Taylor (Attorney-in-Charge)
State Bar No. 19688800
Southern District of Texas Bar No. 8997
David E. Dunham
State Bar No. 06227700
Southern District of Texas Bar No. 37992
Miguel S. Rodriguez
State Bar No. 24007938
Southern District of Texas Bar No. 348959
Isabelle M. Antongiorgi
State Bar No. 24059386
Southern District of Texas Bar No. 1114390
Sergio R. Davila
State Bar No. 24079795
Southern District of Texas Bar No. 1428795
**TAYLOR DUNHAM AND RODRIGUEZ LLP**
301 Congress Ave., Suite 1050
Austin, Texas 78701
(512) 473-2257 Telephone
(512) 478-4409 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and service on all counsel of record, as follows, will be automatically accomplished through the Notice of Electronic Filing:

Robert H. Griffith
Lisa M. Noller
**FOLEY & LARDNER LLP**
321 North Clark St., Suite 2800
Chicago, IL  60564
(312) 832-4500 (telephone)
(312) 832-4700 (facsimile)
Email:  rgriffith@foley.com
Email:  lnoller@foley.com

Michael D. Leffel
**FOLEY & LARDNER LLP**
Verex Plaze
150 East Gilman Street.
Madison, WI 53703
(608) 257-5035 (telephone)
(608) 258-4258 (facsimile)
Email: mleffel@foley.com

Timothy E. Taylor
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas  75201
(214) 659-4541 (telephone)
(214) 659-4797 (facsimile)
Email:  timtaylor@andrewskurth.com

        /s/ Miguel S. Rodriguez
        Miguel S. Rodriguez